966

No. 927. LOCAL 24, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO, ET AL. v. OLIVER ET AL. Supreme Court of Ohio and the Court of Appeals of Ohio, Ninth Judicial District. Certiorari granted. *David Previant, Robert C. Knee* and *Bruce Laybourne* for petitioners. *Stanley Denlinger* for Oliver, and *E. W. Brouse* for A. C. E. Transportation Co., Inc., respondents.

No. 928. F. STRAUSS & SON, INC., OF ARKANSAS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari granted. *E. Chas. Eichenbaum* for petitioner. *Solicitor General Rankin* for respondent.

No. 895. TATTON v. CROLLEY ET AL., MEMBERS OF STATUTORY REVIEW COMMITTEE, DEPARTMENT OF AGRICULTURE. C. A. 5th Cir. Certiorari denied. *John C. White* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Neil Brooks* and *Donald A. Campbell* for respondents.

No. 906. LUBINI v. ROGERS, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.